# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAYCI ANN DEL FIERRO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00008-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 15) |

Before the Court is the parties' stipulation for an extension of time in which Plaintiff may file an opening brief in this action seeking judicial review of a denial of social security benefits. For good cause shown, the Court approves the stipulation and orders that Plaintiff shall have through June 16, 2025, to file an opening brief. The scheduling order (ECF No. 8) otherwise remains controlling.

IT IS SO ORDERED.

Dated:   **April 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge