# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAYCI ANN DEL FIERRO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00008-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

On June 12, 2025, the parties filed a stipulation for a four day extension of time from June 16, 2025 to June 20, 2025, for Plaintiff to file her opening brief. (ECF No. 18.) This is Plaintiff's second request for an extension of time.

Pursuant to the stipulation of the parties, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before **June 20, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 8) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **June 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge