# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAYCI ANN DEL FIERRO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00008-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 27) |

On May 21, 2026, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 27.)

Accordingly, pursuant to the terms of the stipulation, Plaintiff is awarded fees and expenses in the amount of $9,800.00 as authorized by 28 U.S.C. § 2412(d).

In light of the foregoing, Plaintiff has withdrawn her motion seeking the same relief. (ECF No. 26.)  Therefore, the Court DIRECTS the Clerk of the Court to terminate ECF No. 26.

IT IS SO ORDERED.

Dated:   **May 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1